UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LESTER NELSON LUTZ,                :
                                   :
        Petitioner,                : CIVIL ACTION NO. 3:13-CV-1966
                                   :
        v.                         : (JUDGE CONABOY)
                                   : (Magistrate Judge Mehalchick)
SUPERINTENDENT OF SCI COAL         :
TOWNSHIP,                          :
                                   :
        Respondent.                :
                                   :

FILED
SCRANTON
JAN 27 2014
PER_____
DEPUTY CLERK

**ORDER**

AND NOW, THIS _____27th_____ DAY OF JANUARY 2014, FOR THE REASONS DISCUSSED IN THE SIMULTANEOUSLY FILED MEMORANDUM, IT IS HEREBY ORDERED THAT:

1. The Magistrate Judge's Report and Recommendation (Doc. 15) is adopted in part;

2. Petitioner's 28 U.S.C. § 2254 action is dismissed;

3. There is no basis for the issuance of a certificate of appealability;

4. The Clerk of Court is directed to close this case.

/s/ Richard P. Conaboy
RICHARD P. CONABOY
United States District Judge